GIBSON, DUNN & CRUTCHER LLP
MICHELE L. MARYOTT, SBN 191993
  MMaryott@gibsondunn.com
JESSICA M. PEARIGEN, SBN 317286
  JPearigen@gibsondunn.com
JORDAN E. JOHNSON, SBN 324051
  JJohnson@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612-4412
Telephone:   949.451.3800
Facsimile:   949.451.4220

Attorneys for Defendant
SUNRISE SENIOR LIVING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORINE DEVI, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00978-DJC-JDP<br><br>**ORDER GRANTING STIPULATION TO DISMISS CLASS AND INDIVIDUAL CLAIMS AND STAY PROCEEDINGS** |

GOOD CAUSE APPEARING as set forth in the Parties' Stipulation to Dismiss Class and Individual Claims and Stay Proceedings:

IT IS HEREBY ORDERED THAT:

1. Plaintiff's class and individual claims are dismissed from the First Amended Complaint;

2. All proceedings and deadlines, including but not limited to Defendant's responsive pleading and the initial case management conference and attendant deadlines, shall be STAYED in this action pending the California Supreme Court's decision in *Adolph v. Uber Technologies, Inc.*, Case No. S274671;

3. Defendant's responsive pleading shall be filed thirty (30) days after the California Supreme Court's decision in *Adolph v. Uber Technologies, Inc.*, Case No. S274671.

4. This Order is entered into without prejudice to either party's right to challenge this Court's jurisdiction over this action.

**IT IS SO ORDERED.**

Dated: June 27, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE