GIBSON, DUNN & CRUTCHER LLP
MICHELE L. MARYOTT, SBN 191993
  MMaryott@gibsondunn.com
JESSICA M. PEARIGEN, SBN 317286
  JPearigen@gibsondunn.com
JORDAN E. JOHNSON, SBN 324051
  JJohnson@gibsondunn.com
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:    949.451.3800
Facsimile:    949.451.4220

Attorneys for Defendant
SUNRISE SENIOR LIVING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORINE DEVI, individually and on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>SUNRISE SENIOR LIVING, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO. 2:23-cv-00978-DJC-JDP<br><br>**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION** |

GOOD CAUSE APPEARING as set forth in the Parties' Stipulation to Stay Proceedings Pending Mediation:

IT IS HEREBY ORDERED THAT:

1. All proceedings and deadlines, including but not limited to Defendant's responsive pleading and the initial case management conference and attendant deadlines, shall be STAYED in this action through December 31, 2023, pending the Parties' mediation; and

2. The Parties shall file a Status Report regarding the status of mediation by December 7, 2023.

**IT IS SO ORDERED.**

Dated: August 14, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE