GIBSON, DUNN & CRUTCHER LLP
MICHELE L. MARYOTT, SBN 191993
  MMaryott@gibsondunn.com
JESSICA M. PEARIGEN, SBN 317286
  JPearigen@gibsondunn.com
JORDAN E. JOHNSON, SBN 324051
  JJohnson@gibsondunn.com
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:    949.451.3800
Facsimile:     949.451.4220

Attorneys for Defendant
SUNRISE SENIOR LIVING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORINE DEVI, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00978-DJC-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STAY OF PROCEEDINGS PENDING MEDIATION AND STATUS REPORT RE MEDIATION** |

GOOD CAUSE APPEARING as set forth in the Parties' Joint Stipulation to Continue Stay of Proceedings Pending Mediation and Status Report re Mediation:

IT IS HEREBY ORDERED THAT:

1. All proceedings and deadlines, including but not limited to Defendant's responsive pleading and the initial case management conference and attendant deadlines, shall remain STAYED in this action through May 13, 2024, pending the Parties' mediation; and

2. The Parties shall file a Status Report regarding the status of mediation by May 6, 2024.

**IT IS SO ORDERED.**

Dated:  February 26, 2024                /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE