GIBSON, DUNN & CRUTCHER LLP
MICHELE L. MARYOTT, SBN 191993
  MMaryott@gibsondunn.com
JESSICA M. PEARIGEN, SBN 317286
  JPearigen@gibsondunn.com
JORDAN E. JOHNSON, SBN 324051
  JJohnson@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612-4412
Telephone:   949.451.3800
Facsimile:    949.451.4220

Attorneys for Defendant
SUNRISE SENIOR LIVING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORINE DEVI, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00978-DJC-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STAY OF PROCEEDINGS, STATUS REPORT, AND NOTICE OF SETTLEMENT** |

GOOD CAUSE APPEARING as set forth in the Parties' Joint Stipulation to Continue Stay of Proceedings, Status Report, and Notice of Settlement:

IT IS HEREBY ORDERED THAT:

1. All proceedings and deadlines, including but not limited to Defendant's responsive pleading and the initial case management conference and attendant deadlines, shall remain STAYED in this action through August 30, 2024; and

2. The Parties shall file dispositional documents no later than August 30, 2024.

**IT IS SO ORDERED.**

Dated:  July 9, 2024                             /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE