James R. Hawkins (SBN 192925)
Christina M. Lucio (SBN 253677)
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676
James@Jameshawkinsaplc.com
Christina@Jameshawkinsaplc.com

Attorneys for Plaintiff MORINE DEVI,
On behalf of herself and all others similarly situated

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORINE DEVI, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-00978-DJC-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STAY OF PROCEEDINGS AND STATUS REPORT** |

GOOD CAUSE APPEARING as set forth in the Parties' Joint Stipulation to Continue Stay of Proceedings and Status Report:

IT IS HEREBY ORDERED THAT:

1. All proceedings and deadlines, including but not limited to Defendant's responsive pleading and the initial case management conference and attendant deadlines, shall remain STAYED in this action through October 30, 2024; and

2. The Parties shall file a Status Report regarding the status of settlement by October18, 2024.

**IT IS SO ORDERED.**

Dated:  August 30, 2024                         /s/ Daniel J. Calabretta
                                                THE HONORABLE DANIEL J. CALABRETTA
                                                UNITED STATES DISTRICT JUDGE