UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORINE DEVI, individually and on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SUNRISE SENIOR LIVING, LLC, a Delaware limited liability company, and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-00978-DJC-JDP<br>Assigned: Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |

**ORDER**

The Court having read and considered the Parties' stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

This action shall be dismissed in its entirety with prejudice.  The Parties do not waive any right (if any) to recover costs or fees incurred in this action as provided in the Santa Clara Superior Court's Order Granting Plaintiffs' Motion for Approval of PAGA Settlement in the related California state court action entitled *Haimes v. Sunrise Senior Living Management, Inc., et al.*, Superior Court of California, County of Santa Clara, Case No. 22CV409059.

**IT IS SO ORDERED.**

Dated:  August 6, 2025         /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE